## Rea *against* Lewis.

*Declaration for maliciously and wrongfully suing out attachment does not aver the termination of the suit by attachment; omission cured by verdict.*

IN the Circuit Court of *Mobile* County, *Lewis* declared against Rea, for having maliciously and wrongfully sued out an original attachment against him. General issue, and verdict and judgment for the plaintiff. The defendant here assigned as Error—That it is not alleged in the declaration that the suit instituted by attachment was at an end before the commencement of this action.

*Acre*, for plaintiff in Error, cited 2 Gould's Esp. 120. 1 Doug. 215. 1 Esp. R. 80.

*Rust* for defendant in Error.

Judge *Crenshaw* delivered the opinion of the Court.

The objection to the declaration would have been fatal on special demurrer, but now it comes too late. It is fair to presume that to the satisfaction of the Jury all the facts necessary to warrant their verdict were proved. Hence we are to infer, that on the trial it was proved that the suit instituted by the attachment was at an end when this action was brought.

Let the judgment be affirmed.